# March Term

## VII Geo. 3.

---

### Charge to the Grand Jury by the Chief Juſtice.

BEFORE I ſay Anything to the Grand Jury, it is highly proper that I ſhould take Notice of the Death of One of the Judges of this Court. I have no Talent for it, and am an Enemy to traducing and vilifying the Characters of Men, when alive, and flattering them when dead. Yet Juſtice to Judge Ruſſell obliges me to ſay Something of his Death. Every one who knew him in private Life, muſt acknowledge him a moſt amiable Man. I ſcarce ever knew his Equal. He might be truly characterized as a Lover of Mankind, and no higher Character can, I think, be given of any One. Nothing more need be ſaid to recommend him, *eſpecially at this Time.*

The ſeveral Poſts of Honour which he bore, he
ſuſtained

fuftained with Dignity. As a Legiflator, I had an Opportunity to obferve his Conduct, both as a Member of the Council and Houfe of Reprefentatives: And I know that he ever engaged on that Side which had Truth and Juftice for its Support. As a Judge of the Admiralty, his Conduct was moft unexceptionable: And I believe none of his Decrees, but met with univerfal Approbation, except at Times, when Party-fpirit and Animofities ran high, and made it a Thing impoffible, for any Judge, in any Department, to give Satisfaction. His Conduct in this Court — I appeal to the Gentlemen of the Bar — was fuch as pronounced him the Judge, and a Man of ftrict Integrity. Although we all have fome Byafs, — 'tis impoffible for human Nature to be without, — yet if he had any Byafs, it was ever in Favour of Virtue.

**1767.**

CHARGE TO THE GRAND JURY.

Juftice has been done this worthy Character, already, in publick, in an unexceptionable and elegant Manner. (1) The beft Ufe that we can make, is to follow his Path and imitate his Virtues; efpecially, as we all muft fhortly follow him to give our Account to the Judge of us all. — Now,

Gentlemen of the Grand Jury:

You are fent here from your feveral Towns, upon Bufinefs of great Importance to your Country. I will not go fo largely and particularly into the Duty of Grand Juries in general, as many of you have been on Juries before, and moft of you have been converfant with the Duty of your Office.

There

(1) Maffachufetts Gazette, January 15th, 1767.

30

There is one general Obfervation I would make; that the End of Government is the Happinefs of every Individual, fo far as is confiftent with the Good of *the Whole*. To attain this End is impoffible without Laws, and their due Execution. 'Tis neceffary that Laws fhould be eftablifhed, elfe Judges and Juries muft go according to their Reafon, that is, their Will; and this is in the ftricteft Senfe arbitrary. On this Reafon, I take to be grounded that well-known Maxim, that *the Judge* fhould never be *the Legislator:* Becaufe, then, the Will of the Judge would be the Law; and this tends directly to a State of Slavery. The Rules and Orders of a State muft be known, and muft be certain, that People may know how to act; or elfe they are equally uncertain, as if the Law depended upon the arbitrary Opinion of Another.

Let the Body of Laws be ever fo good,— if they are not executed, 'tis worfe than a State of Nature, becaufe we guard ourfelves in a State of Nature, and therefore are more fecure than in a Society, where we depend on the Laws for our Protection, which are not put in Force.

There has been a Failure of Law amongft us, which has been very detrimental. Doubts and Differences in Opinion have been, which has caufed a great Deal of Confufion. 'Tis to be hoped we are returning again to good Order. I wifh the Laws to be put in due Execution for the publick Good, and am as much for the Liberties of the People, as any Man, *fo far as is confiftent with the Welfare of the Community.*

In

In this Country we have always been happy in a good Set of Laws. The principal Crown-Law of this Province is grounded on our provincial Laws; where thefe fail, the Common Law of England is the Rule. The Principle of the Crown-Law is, eftablifhing Punifhment, not according to the Degree of moral Evil in the Offence, but according as the Crime affects the Peace of the Community.

There is a Difference between Peace, as ufed in the Common Acceptation of the Word, and Peace as it is ufed in a Law-fenfe. Offences which are much greater in their Nature, are punifhed in a much milder Manner, than Offences lefs heinous, which affect the publick Peace more.

I fuppofe there is no one whom Blafphemy does not ftrike with greater Horrour, than the Crime of Treafon againft the Prince; yet the *latter* is juftly punifhed with Death, when the *former* is not, becaufe it does not tend fo immediately to deftroy the Happinefs of the State. Many other Things I might inftance in, but this is fufficient. The Principle that the Law goes upon, is, that the Supreme Being will avenge his own Wrongs. I don't know a Nation in the World, that makes that Diftinction between Murther and Manflaughter, which the Englifh do. It was not made in this Country before the Charter; for our Forefathers founded their Laws upon the Law of Mofes, which makes no fuch Diftinction. This may properly be called the Benignity of the Englifh Law.

(The Chief Juftice then proceeded to charge the
                                    Grand

Grand Jury relative to thofe particular Crimes, which it was probable would come before them, and then continued as follows:)

I would now only add, Gentlemen, that you carefully obferve the Oath of God which is upon you: It contains many good Rules for your Conduct, and lays you under the greateft Obligations to difcharge your Duty with Fidelity.

All Crimes you have, Cognizance of, from the higheft to the loweft, though leffer Offences are commonly left to the Infpection of Juftices of the Peace, and the Seffions. But, if they are negligent, it is your Duty to prefent all Offenders againft the publick Peace, in the Common Acceptation of that Word.

I know that it is impoffible for Men in any Society to be all of the fame Mind. Doubts and Difagreements in Sentiment will arife; it is not only neceffary, but ufeful; for by this Means, the Good of the Community is often attained, the moft falutary Plans of Government adapted, and the whole Bufinefs of the publick Weal better executed.

But, becaufe we do not think alike, becaufe we difagree in our feveral Opinions, let us not flander and traduce one another's Characters. We might as well quarrell, and deftroy Men for their different Looks, or Complexions. But to reproach and vilify each other in publick Print, is a Crime of a much higher Nature, and it is more mifchievous ftill, when it is pointed againft all in Authority.—

Shall

Shall no one's Character be fafe, becaufe he does not think as we would choofe? — For my Part, I know no more dangerous Symptom in any State, than when its Rulers are flandered, and the Authority of thofe who govern, is defpifed and trampled upon.

I am fure I never promoted any fuch Spirit among us; and heartily do I wifh, that I could help to reftore the Peace of this Community. But I doubt whether there is any Room to hope, *at this Time*, any Good from my Recommendation.

I have known the Time, when a Man could not more recommend himfelf than by promoting Peace, Harmony and good Order; And there have been Times, when a Man might obtain greater Applaufe in promoting the Contrary, and ftirring up Contentions, Divifions, Animofities and Factions.

But I know that it has been faid by our Great Lord and Saviour, that " Bleffed are the Peacemakers," and if I might obtain His Approbation, I am not anxious for any other Events.